UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ROBERT LEWIS,<br><br>Defendant. | Case No. 18-cr-00461-PJH<br>Case No. 12-cr-00322-PJH<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE** |

Before the court is the represented motion of defendant James Robert Lewis for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (Dec. 21, 2018).  The court sets briefing deadlines on defendant's motion as follows: the government shall file an opposition, stipulation or status report by March 19, 2021; the Probation Office is directed to submit a response to defendant's motion by March 19, 2021; if the motion is opposed, counsel for defendant may file a reply brief seven days after the opposition is filed.  The motion will thereafter be decided on the papers.

**IT IS SO ORDERED.**

Dated:  March 5, 2021

                                          /s/ *Phyllis J. Hamilton*
                                          PHYLLIS J. HAMILTON
                                          United States District Judge